**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SAMUEL GARCIA-AGUILAR, | No. 09-71936 |
| Petitioner, | Agency No. A076-710-631 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 8, 2011[**]

Before:     FARRIS, LEAVY, and BYBEE, Circuit Judges.

    Samuel Garcia-Aguilar, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for cancellation of removal.

We dismiss the petition for review.

---

    [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review Garcia-Aguilar's collateral challenge to his 1997 expedited removal order.  *See* 8 U.S.C. § 1252(a)(2)(A)(1), (e)(2) (this Court lacks jurisdiction to review expedited removal orders unless challenged in habeas corpus proceedings); *see also Avendano-Ramirez v. Ashcroft*, 365 F.3d 813, 818-19 (9th Cir. 2004) (habeas corpus review of expedited removal orders narrowly limited).

**PETITION FOR REVIEW DISMISSED.**